**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricky Douglas HAYNES, Jr.,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Ricky Douglas Haynes, Jr., a.k.a. Ricky D. Haynes, a.k.a. Lil Rick, a.k.a. Ricky Douglas Haynes, Defendant–Appellant.**

**No. 07–14426**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 22, 2008.

Randee Jill Golder, Randee J. Golder, P.A., Boynton Beach, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Randee J. Golder, appointed counsel for Ricky Douglas Haynes, Jr., in this direct criminal appeal, has renewed her motion to withdraw from further representation of the appellant, pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Haynes has filed a

motion to discharge counsel and to appoint new counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Haynes's conviction and sentence are **AFFIRMED,** and Haynes's motion is **DENIED** as moot.